IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**　　　　\*

v.　　　　　　　　　　　　　　　　　\* Criminal Case No. 24-505-DLF

**DESHAWN LOGGINS**　　　　　　　　\*

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

<u>**DEFENDANT'S SUPPLEMENTAL OBJECTIONS TO THE GOVERNMENT'S
PROPOSED JURY INSTRUCTIONS**</u>

Comes now, Defendant, Deshawn Loggins, by and through counsel, Alfred Guillaume III, and hereby makes the following supplemental objections to the government's proposed jury instructions.

1. Government Instruction No. 23 – Count One (Cocaine Base 28 grams + Prior Conviction)
   a. Mr. Loggins objects to submitting the prior conviction facts (length, release date) to the jury.
   b. 21 U.S.C. § 851.
   c. *United States v. Fields*, 53 F.4th 1027 (6th Cir. 2022).
   d. Federal Rule of Criminal Procedure 403

2. Government Instruction No. 24 – Count Two Oxycodone
   a. Mr. Loggins objects to the insertion of language which lists the evidence it may consider deciding whether the material is oxycodone.

3. Government Instruction No. 25 – Firearm in Furtherance of Drug Trafficking
   a. Mr. Loggins objects to the expanded factors provided by government.
   b. *Quercia v. United States*, 289 U.S. 466 (1933)

4. Government Instruction No. 26 – Felon in Possession of a Firearm and Ammunition
   a. Mr. Loggins objects to removing the language regarding the stipulation of the prior conviction.

                                                  Respectfully submitted,

*Alfred Guillaume*
_____
ALFRED GUILLAUME III, #30117
Law Offices of Alfred Guillaume III, LLC
1350 Connecticut Ave. NW, Suite 308
Washington, D.C. 20036

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 3, 2025, a copy of Defendant's Motion, was electronically filed in this case to all parties of record.

*Alfred Guillaume*
_____
Alfred Guillaume III, Esq.
Attorney for Deshawn Loggins