## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 24-cr-505 (DLF) |
| | : | |
| DESHAWN LOGGINS, | : | |
| | : | |
| Defendant. | : | |

## VERDICT FORM

**COUNT ONE: Unlawful Possession with Intent to Distribute Cocaine Base:**

 X
_____               _____
Guilty                          Not Guilty

If you found the defendant Guilty of Count One, please mark the amount of substance or mixture containing cocaine base that you find the defendant possessed:

 X
_____               _____
28 grams or more                Less than 28 grams

**COUNT TWO: Unlawful Possession with Intent to Distribute Oxycodone:**

 X
_____               _____
Guilty                          Not Guilty

**COUNT THREE: Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Offense:**

_____               _____
Guilty                          Not Guilty

**COUNT FOUR**: **Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year:**

_____X_____                          _____
Guilty                               Not Guilty


BY:    _                                          _____
       S

Dated this __1&__ day of __Sept.__, 2025