UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : CASE No. 24-cr-505 (DLF)
:
DESHAWN LOGGINS, :
:
Defendant. :

## PHASE II VERDICT FORM

If you found the defendant Guilty of Count One, please answer the following two questions.

1. Do you find that Deshawn Loggins previously served a term of imprisonment of more than twelve months?

    __X__  
    Yes

    _____  
    No

2. Do you find that Deshawn Loggins was released from that term of imprisonment within 15 years of the commencement of this offense?

    __X__  
    Yes

    _____  
    No

BY: S.

Dated this 18 day of Sept., 2025